JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO RASTELLI,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and ALLEGACY FEDERAL CREDIT UNION.<br><br>  Defendants. | Case No.: 2:23-cv-01807-JLS-PD<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The parties' Stipulation of Dismissal with Prejudice as to Defendant Allegacy Federal Credit Union (Doc. 37) is **GRANTED**. The above-entitled matter is hereby **DISMISSED WITH PREJUDICE** as to Defendant Allegacy Federal Credit Union. As there are no remaining defendants, this matter is dismissed in its entirety with prejudice and is closed.

Dated: February 8, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1